# <u>EXHIBIT A</u>

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | West Pharma Services | 11/30/2022 | Wire | $ 66,871.83 |
| Akorn Operating Company, LLC | West Pharma Services | 12/9/2022 | Wire | $ 14,938.80 |
| Akorn Operating Company, LLC | West Pharma Services | 12/30/2022 | Wire | $ 154,309.17 |
| Akorn Operating Company, LLC | West Pharma Services | 1/6/2023 | Wire | $ 39,008.80 |
| Akorn Operating Company, LLC | West Pharma Services | 1/13/2023 | Wire | $ 82,011.81 |
| Akorn Operating Company, LLC | West Pharma Services | 1/27/2023 | Wire | $ 21,056.69 |
| Akorn Operating Company, LLC | West Pharma Services | 2/1/2023 | Wire | $ 51,345.14 |
| Akorn Operating Company, LLC | West Pharma Services | 2/8/2023 | Wire | $ 233,274.04 |
| Akorn Operating Company, LLC | West Pharma Services | 2/14/2023 | Wire | $ 82,144.51 |
| | | | | $ 744,960.79 |